Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR14-165RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING GOVERNMENT'S MOTION TO SEAL |
| CRAIG GREER, | |
| Defendant. | |

Before the Court is the government's motion to file under seal certain documents related to Defendant Craig Greer's sentencing hearing. There being good cause found,

IT IS HEREBY ORDERED that the government's motion to seal is GRANTED and the exhibits related to Defendant Craig Greer's sentencing filed under Dkt. #265 shall remain under seal.

DATED this 13th day of May, 2016.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO FILE UNDER SEAL - 1
U.S. v. GREER/CR14-165RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970