Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>CRAIG GREER,<br><br>                Defendant. | No. CR14-165RAJ<br><br>ORDER DENYING DEFENDANT GREER'S MOTION FOR RECONSIDERATION REGARDING CUSTODIAL TERM OF IMPRISONMENT |

THIS MATTER has come before the court on Defendant Craig Greer's Motion for Reconsideration Regarding Custodial Term of Imprisonment. Having considered the motion, the government's opposition, the files and pleadings herein, and being fully advised,

IT IS HEREBY ORDERED that Defendant Craig Greer's Motion for Reconsideration Regarding Custodial Term of Imprisonment (Dkt. #275) is DENIED.

DATED this 6th day of June, 2016.

_____
The Honorable Richard A. Jones
United States District Judge