1                                                              Honorable Richard A. Jones

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
7                                     AT SEATTLE

8    UNITED STATES OF AMERICA,

9                          Plaintiff,          NO. CR 14-000165 RAJ

10   v.

11   CRAIG GREER,                              ORDER GRANTING DEFENDANT
                                               CRAIG GREER'S MOTION TO EXTEND
                                               DATE FOR VOLUNTARY SURRENDER
12                         Defendant.

13

14         THIS COURT, having considered Defendant Craig Greer's Motion to Extend Date for

15   Voluntary Surrender, the Government's Response, Defendant's Reply, and the records and

16   pleadings already on file, it is hereby

17         ORDERED that Defendant Craig Greer's Motion to Extend Date for Voluntary

18   Surrender (Dkt. #294) is GRANTED.

19         IT IS FURTHER ORDERED that Defendant Craig Greer shall self-surrender to

20   FCI Williamsburg Satellite Camp, Salters, South Carolina, on July 23, 2016 at 10:00 a.m.

21         DATED this 17th day of June, 2016.

22

23                                             _____
                                               The Honorable Richard A. Jones
24                                             United States District Judge

25

26

ORDER GRANTING DEFENDANT CRAIG GREER'S MOTION          skellengerbender
TO EXTEND DATE FOR VOLUNTARY SURRENDER
PAGE – 1                                               1301 - Fifth Avenue, Suite 3401
                                                       Seattle, Washington 98101-2605
                                                       (206) 623-6501